**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**SUBRINA POUPAK SEHAT,**                    **3:14-CV-01433-PK**

          **Plaintiff,**                     **ORDER**

**v.**

**PROGRESSIVE UNIVERSAL INSURANCE,**
**COMPANY OF ILLINOIS, et al.,**

          **Defendants.**

**BROWN, Judge.**

     Magistrate Judge Paul Papak issued Findings and

Recommendation (#219) on November 22, 2016, in which he

recommends this Court grant Defendant Washington County Sheriff's

Department's (WCSO) Motion (#201) to Dismiss, grant Defendant

Ryan Corbridge's Motion (#203) to Dismiss, grant Defendant

Progressive Universal Insurance Company of Illinois's Motion

(#211) to Dismiss, and dismiss this matter with prejudice.

Plaintiff filed Objections to the Findings and Recommendation.

The matter is now before this Court pursuant to 28 U.S.C.

§ 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate
Judge's Findings and Recommendation, the district court must make
a *de novo* determination of that portion of the Magistrate Judge's
report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561
F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328
F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections
and concludes they do not provide a basis to modify the Findings
and Recommendation.  The Court also has reviewed the pertinent
portions of the record *de novo* and does not find any error in the
Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and
Recommendation (#219).  Accordingly, the Court **GRANTS** WSCO's
Motion (#201) to Dismiss, **GRANTS** Ryan Corbridge's Motion (#203)
to Dismiss, **GRANTS** Progressive's Motion (#211) to Dismiss, and
**DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 2nd day of February, 2017.

ANNA J. BROWN
United States District Judge

2 - ORDER